United States District Court
Southern District of Texas
FILED
JAN 2 0 2006
Michael N. Milby, Clerk
TDH

United States District Court
Southern District of Texas
ENTERED
JAN 2 0 2006
Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. L-05-CR-2602** |
| | § | |
| **Medardo Alvarado Brizuela** | § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on January 12, 2006, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 20 day of January, 2006.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE